UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Richard Hobbs,

Plaintiff,

vs.

North American Capital Corporation,

Defendant.

**Civil Action No. CV 00-53 MJD/JGL**

**STIPULATION OF DISMISSAL AND ORDER FOR JUDGMENT**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: 6/6/2000

**THE BARRY LAW OFFICE, LTD.**

By ______________________
Peter F. Barry (License #0266577)
Attorneys for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, MN 55109
(651) 714-8800

and

Dated: 6/2/00

**CONSUMER JUSTICE CENTER, P.A.**

By ______________________
Thomas J. Lyons, Jr. (License #249646)
Attorneys for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, MN 55109
(651) 770-9707

FILED JUN 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 27 2000
DEPUTY CLERK ______

Hobbs v. North American Capital Corp.
CV 00-53 (MJD/JGL)

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 31 MAY 2000

By [signature]
Michael A. Klutho (License #186302)
Attorneys for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

Dated: 6.23.00

**BY THE COURT**

[signature]
Judge of United States District Court